UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———————

No. 21-1035

———————

DAVID M. GRECO,
                                        Appellant
v.

ANDREW J. BRUCK, New Jersey Attorney General; JARED M. MAPLES, Director,
New Jersey Office of Homeland Security and Preparedness; NEW JERSEY OFFICE OF
HOMELAND SECURITY AND PREPAREDNESS, a Cabinet Level Department of the
State of New Jersey;  CAMDEN COUNTY PROSECUTOR'S OFFICE, a municipal
entity of the State of New Jersey; JILL S. MAYER, Acting Camden County Prosecutor;
NEVAN SOUMAILS, Assistant Camden County Prosecutor; GLOUCESTER
TOWNSHIP POLICE DEPARTMENT, a municipal entity of the state of New Jersey;
BERNAND JOHN DOUGHERTY, Detective, Gloucester Township Police Department;
NICHOLAS C. AUMENDO, Patrolman, Gloucester Township Police Department;
DONALD B. GANSKY, Detective Sergeant, Gloucester Township Police Department;
WILLIAM DANIEL RAPP, Detective, Gloucester Township Police Department; BRIAN
ANTHONY TURCHI, Patrolman, Gloucester Township Police Department; JOHN DOE
#1, ( a fictitious name); JOHN DOE 2-10, (fictitious names)

———————————————————

(D.N.J. No. 3-19-cv-19145)

———————————

SUR PETITION FOR PANEL REHEARING

———————————

Present:  CHAGARES, Chief Judge, McKEE, AMBRO, JORDAN, HARDIMAN, GREENAWAY,
JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY and PHIPPS, Circuit Judges

The petition for rehearing filed by Appellant in the above-entitled case having

been submitted to the judges who participated in the decision of this Court, it is hereby

O R D E R E D that the petition for rehearing by the panel is granted. The Clerk is

directed to file the amended opinion and judgment contemporaneously with this order.

BY THE COURT,


s/ *Peter J. Phipps*
Circuit Judge


Date:  May 13, 2022
cc:     Albert J. Rescinio, Esq.
         Bryan E. Lucas, Esq.
         Robert J. McGuire, Esq.
        Alec Schierenbeck, Esq.
        Howard L. Goldberg, Esq.
        Kerri E. Chewning, Esq.
        Daniel J. DeFiglio, Esq.